NO. SCWC-30703

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

DANYELA CASTRO,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30703; CR. NO. 1DTA-10-01758)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and Mckenna, JJ.,
and Circuit Judge Border, in place of Duffy, J., recused)

Petitioner/Defendant-Appellant Danyela Castro's application for writ of certiorari filed on May, 3, 2012, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument

Dated: Honolulu, Hawai'i, June 13, 2012.

Richard L. Holcomb,
Holcomb Law LLLC,
on the application for
Petitioner/Defendant-
Appellant

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Patrick Border

